```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GEORGE LAWSON,                      :

                Plaintiff,          :   05 Civ. 0825 (JSR)(HBP)

    -against-                       :

NEW YORK CITY BOARD                 :
OF EDUCATION, et al.,
                                    :
                Defendants.
                                    :
-----------------------------------X
GEORGE LAWSON,                      :

                Plaintiff,          :

    -against-                       :   09 Civ. 1335 (JSR)(HBP)

NEW YORK CITY BOARD                 :   ORDER
OF EDUCATION, et al.,
                                    :
                Defendants.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/10

PITMAN, United States Magistrate Judge:

A conference having been held on May 13, 2010 during which various discovery and scheduling issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

> 1. Plaintiff's applications to compel defendant to produce additional documents and for permission to personally search defendants' document storage space are denied.

2. Defendants shall serve and file their dispositive motion in 05 Civ. 0825 no later than July 13, 2010. Plaintiff shall serve and file his opposition papers no later than September 13, 2010, and defendants shall serve and file their reply no later than September 30, 2010.

3. No later than May 21, 2010, plaintiff shall send a draft protective order governing production of medical records and tax returns in 09 Civ. 1335 to defendants. Defendants shall respond no later than May 28, 2010. If counsel cannot agree on a protective order, they are directed to send a letter to my chambers by June 4, 2010.

4. All fact discovery in 09 Civ. 1335 shall be completed no later than October 31, 2010.

5. Expert discovery in 09 Civ. 1335 shall be deferred until after a decision on defendants' dispositive motion.

6. Defendants shall serve and file their dispositive motion in 09 Civ. 1335 no later than December 10, 2010, Plaintiff shall serve and file his opposition papers no later than January 14, 2011, and defendants shall serve and file their reply no later than January 31, 2011.

       7. No later than May 21, 2010, defendants shall return to plaintiff's counsel copies of the documents previously produced by plaintiff.

Dated:  New York, New York
         May 14, 2010

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

Earl A. Wilson, Esq.
Suite 920
299 Broadway
New York, New York  10007

Camille D. Barnett, Esq.
Assistant Corporation Counsel
City of New York
Room 2-144
100 Church Street
New York, New York  10007