```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
GEORGE LAWSON,                           :
                                         :
              Plaintiff,                 :    09 Civ. 1335 (JSR)(HBP)
                                         :
         -v-                             :    ORDER
                                         :
NEW YORK CITY BOARD OF EDUCATION,        :
a/k/a "New York City Department of       :
Education," JOEL KLEIN and LARRAINE      :
PAVARINI, individually and in their      :
official capacities,                     :
                                         :
              Defendants.                :
---------------------------------------- x
```



JED S. RAKOFF, U.S.D.J.

On August 30, 2011, the Honorable Henry Pitman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the partial grant and partial denial of defendants' motion for summary judgment. Subsequently, on September 14, 2011, defendants submitted objections to certain portions of the Report and Recommendation. Accordingly, the Court has reviewed the petition and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Pitman's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court grants defendants' motion for summary judgment in part and denies in it part, as specified in Magistrate Judge Pitman's Report and Recommendation. The Clerk of the Court is hereby ordered to close docket number twenty-two on the docket of this case.

SO ORDERED.

                                                  _____
                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       ~~October~~ 11/2, 2011